# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JUNE JONES AND MELISSA CLEARY, | ) ) CIVIL ACTION NO. |
| *Plaintiffs,* | ) ) 1:20-cv-05188-AT-RDC |
| v. | ) ) |
| BUCKHEAD DENTAL CENTER, P.C., BROOKHAVEN DENTAL ASSOCIATES, P.C., AND DR. VIK BHATIA, | ) ) ) ) ) |
| *Defendants* | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiffs June Jones and Melissa Cleary and Defendants Buckhead Dental Center, P.C., et al, by and through their undersigned counsels of record, and hereby stipulate to a voluntary dismissal of this action against Defendants with prejudice pursuant to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties are to bear their own costs, attorneys' fees, and other expenses of litigation.

(Signatures on the following page)

Dated this 19th day of April, 2022.

/s/ J. Stephen Mixon
J. Stephen Mixon
Georgia Bar No. 514050
1691 Phoenix Blvd., Suite 150
Atlanta, Georgia 30349
*Attorney for Plaintiff*

/s/ Justin Barnes
Justin Barnes
Georgia Bar No. 105220
JACKSON LEWIS P.C.
171 17th Street NW, Suite 1200
Atlanta, Georgia 30363
*Attorney for Defendants*